FILED
CLERK, U.S. DISTRICT COURT
MAY - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE O. BROWN,<br><br>    Petitioner,<br><br>v.<br><br>STATE OF CALIFORNIA DIRECTOR OF CORRECTIONS AND PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondents. | No. CV-07-1525-CAS (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the instant Petition along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

    IT IS ORDERED that a Judgment be issued granting the motion to dismiss and dismissing the instant Petition without prejudice.

///
///
///
///

1 | IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2 | this Order and the Judgment of this date on Petitioner and counsel for Respondent.

DATED: 5/7/08

*Christina A. Snyder*
CHRISTINA A. SNYDER
United States District Judge