FILED
CLERK, U.S. DISTRICT COURT

MAY - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE O. BROWN,<br><br>                    Petitioner,<br><br>          v.<br><br>STATE OF CALIFORNIA<br>DIRECTOR OF CORRECTIONS<br>AND PEOPLE OF THE STATE OF<br>CALIFORNIA,<br><br>                    Respondents. | No. CV-07-1525-CAS (JWJ)<br><br><br>JUDGMENT |

        Pursuant to the Order of the Court adopting the recommendations of the

United States Magistrate Judge, and adopting the same as the facts and conclusions

of law herein,

        IT IS ADJUDGED that Judgment be entered granting the motion to dismiss

and dismissing the Petition without prejudice.

DATED:    5/7/08

_____
CHRISTINA A. SNYDER
United States District Judge